IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 20 C 3057 |
| | ) | |
| v. | ) | Judge Rowland |
| | ) | Magistrate Judge Cummings |
| HOME PHYSICIANS GROUP, LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Able Home Health, LLC, voluntarily dismisses its individual claims against Defendant Home Physicians Group, LLC with prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against Defendant Home Physicians Group, LLC without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    &amp; GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 FAX

1

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, hereby certify that on September 2, 2020, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, and to be served via email upon the following:

    Alexander Passo- apasso@llflegal.com
    Latimer LeVay Fyock LLC
    55 W. Monroe Street, Suite 1100
    Chicago, IL 60603

                                      s/ Heather Kolbus
                                      Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 FAX

2