# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Able Home Health, LLC

                                Plaintiff,

v.                                                 Case No.: 1:20−cv−03057

                                                       Honorable Mary M. Rowland

Home Physicians Group, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 3, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: In light of the notice of dismissal, Plaintiff voluntarily dismisses its individual claims against Defendant Home Physicians Group, LLC with prejudice and without costs. Plaintiff voluntarily dismisses its class claims against Defendant Home Physicians Group, LLC without prejudice and without costs. Plaintiff voluntarily dismisses its claims against John Does 1−10 without prejudice and without costs. Any pending schedules in this case are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.